UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

: No. 07-227-M-01

v. :

: **UNDER SEAL**

ENTIRE PREMISES OF :
1117 WAHLER PLACE, SE
4203 FOURTH STREET, SE, APT #1 :
4217 FOURTH STREET, SE, APT #3
3819 SECOND STREET, S.E., APT C :
3519 TWENTY-SECOND STREET
2646 BIRNEY PLACE, SE, APT # 101 :
All in Washington, D.C.
:

FILED

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon motion of the United States, it is this ___MAY 21 2007___ day of May, 2007,

ORDERED that the affidavit in support of the search warrants for the above-named premises as well as the Government's Motion to Seal and this Court's Order to Seal, shall be sealed and remain so until further order of the Court.

_____
Alan Kay
United State Magistrate Judge