AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4203 FOURTH STREET, S.E.
APARTMENT # 1
WASHINGTON, D.C.

**SEARCH WARRANT**

CASE NUMBER:

07-227-M-01

TO: __Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that
(name, description and or location)

The premises located at 4203 Fourth Street, SE, Apartment #1, Washington, D.C. (First Court) is described as a multi-family dwelling (apartment building) located in the first court on the right side of Fourth Street, SE, after you cross Chesapeake Street, SE. Building 4203 is located on the right side of the court as you enter. The building is a two story brick structure, with brown trim. The building has a concrete sidewalk with brown metal rails leading to the entrance of the building. The entrance has a brown metal roof with brown columns over the doorway. A white sign with the number "4203" is affixed on the front of the entrance and can be seen from the parking lot. The front door (lock out) of the building is brown metal with a plate glass window and a silver metal handle. The apartment is located on the first floor and has a brown door with the numeral "1" on the knocker.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___MAY 3 1 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 2 1 2007                                    at Washington, D.C.

Date and Time Issued

Alan Kay, United States Magistrate Judge                    _____
Name and Title of Judicial Officer                          Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 05/21/2007 | 5/22/2007 6:00 AM | LOCATION WAS EMPTY |

INVENTORY MADE IN THE PRESENCE OF

N/A

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

**FILED**

MAY 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

05/30/07
Date

FD-597 (Rev 8-11-94)

Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) May 22, 2007

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) N/A

(Street Address) 4203 Fourth Street SE #1

(City) Washington, DC

Description of Item(s):
1. (3) perscription bottles with _____ on the labels
2. Receipt from Charlotte Douglas International Airport on 2/25/07 for books, USEPA ID card, _____ payroll check stub, Western Union receipt for $50 sent to AMTEL by Gracie Lyons, handwritten phone # for _____
3. (6) Identification cards from various establishments belonging to _____
4. (2) US EPA ID cards for _____ (1) US EPA ID card for _____, handwritten address 2777 Crystal Dr., handwritten phone number for Jessey (Kevin), DC Housing Authority application for _____
5. Check stubs for _____
6. Various handwritten telephone numbers
7. Various court records, jail house letters, car registration documents, document containing cell phone #'s and nicknames of associates.
8. (9) photos of an individual and (4) carbon copies of a permanent resident card with name _____ on card _____
9. Tax records for _____ and miscellaneous phone numbers, resume for _____
10. LG Speed 011 cellular phone
11. ID items from bookshelf: ID Badge (EPA), DC operator license, pay stubs

Received By: _____ (Signature)    Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) May 22, 2007

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) N/A
(Street Address) 4203 Fourth Street SE #1
(City) Washington, DC

Description of Item(s):

12) Photographs - 14
13) Tax records, pay stubs, investment account information for
14) Colt .22 cal Pistol SN 34113D Pearl color handle Grey barrel
15) La Redoute billing statement addressed to
16) Phone bill for NT* — photo black male, watch, small plastic baggies, money order receipt for $325.00, misc phone numbers - handwritten.

AND NOTHING ELSE

Received By: _____ (Signature)
Received From: _____ (Signature)