UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**

| | | |
|---|---|---|
| 4203 FOURTH STREET, SE, APARTMENT #1 | : | 07-227-M-01 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| in WASHINGTON, D.C. | : | |

## MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order unsealing the documents and docket entries connected to the above captioned search warrant. The unsealing is now necessary because the search warrant has been executed and the Government must comply with its discovery obligations pursuant to the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        JEFFREY A. TAYLOR, Bar No. 794610
        United States Attorney

        _____
        ARVIND K. LAL, Bar No. 489396
        MATTHEW P. COHEN, Bar No. 469629
        Assistant United States Attorneys
        555 4th Street, N.W., Room 4217
        Washington, DC 20530
        (202) 353-8833 (Lal)
        (202) 514-7427 (Cohen)

**UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLUMBIA**

**In re Search Warrant
for the premises of:**

| | | |
|---|---|---|
| 4203 FOURTH STREET, SE, APARTMENT # 1 | : | 07-227-M-01 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| in WASHINGTON, D.C. | : | |

## ORDER

Upon consideration of the Government's motion to unseal the above captioned search warrant and the docket entries related thereto, it is hereby

ORDERED that the above captioned matters are unsealed.

_____          _____
Date                                                      United States Magistrate Judge